**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26-cr-00123 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| BARRY ANDERSON, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Jennifer Dowdell Armstrong regarding the change of plea hearing of Barry Anderson that was referred to the Magistrate Judge with the consent of the parties.

On March 10, 2026, the Government filed a two count Information, charging Defendant Barry Anderson in Count 1, with Conspiracy to Commit Mail Fraud, in violation of Title 18 U.S.C. § 1349; and in Count 2, with Mail Fraud, in violation of Title 18 U.S.C. §§ 1341 and 2. Defendant Barry Anderson was arraigned on April 17, 2026, and Magistrate Judge Jennifer Dowdell Armstrong received Defendant Barry Anderson's plea of guilty to Count 1 and 2 of the Information, with plea agreement, and issued the R&R on April 17, 2026, concerning whether the plea should be accepted and finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Barry Anderson is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an

adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Barry Anderson (1) is adjudged guilty of the following counts in the Information: Count 1, Conspiracy to Commit Mail Fraud, in violation of Title 18 U.S.C. § 1349; and Count 2, Mail Fraud, in violation of Title 18 U.S.C. § 1341. This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report. Sentencing will take place, as scheduled on the docket, in Courtroom 18A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

*s/David A. Ruiz 11/17/2026*
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE